452 A.2d 1094

Dickinson, etc. v. McLaughlin, Appellant.

 Argued April 13, 1982. Claude V. Falkenhan, Jr., for appellant; Charles F. Haley, for appellees.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.